# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS
### CENTRAL DIVISION

|  |  |
|---|---|
| CHRISTOPHER SHALLICE,<br>　　　　　Plaintiff,<br><br>v.<br><br>CAPITAL PROGRAMS MANAGEMENT<br>INC., JAMES H. GARGES and CPM<br>INVESTMENTS FG 010, LLC, d/b/a<br>RAVEN PROPERTIES, LLC,<br>　　　　　Defendants. | CIVIL ACTION NO.<br>02-40019-NMG |

## DEFAULT JUDGMENT
~~[PROPOSED]~~

Gorton, D.J.,

　　　　Defendants James H. Garges, Capital Programs Management, Inc. and CPM Investments FG 010, LLC d/b/a Raven Properties LLC having failed to plead or otherwise defend in this action and its default having been entered,

　　　　Now, upon application of the plaintiff and affidavits demonstrating that the defendant owes the plaintiff the sum of $1,003,450 in actual damages; that the defendants are not infants nor incompetent persons or in the military service of the United States; and that plaintiff has incurred costs in the sum of $297.50; and

　　　　The plaintiff's complaint establishes a cause of action for willful and intentional violations of Mass. Gen. Laws, ch. 93A, which occurred primarily and substantially in the Commonwealth of Massachusetts; and that the plaintiff has incurred attorneys' fees and expenses in the sum of $21,965.32.

It is hereby ORDERED, ADJUDGED and DECREED that plaintiff recover from defendants James H. Garges, Capital Programs Management, Inc. and CPM Investments FG 010, LLC d/b/a Raven Properties LLC, jointly and severally the following:

1. Actual damages in the principal amount of $1,003,450.00; ~~[and that the actual damages be trebled to $3,010,350] OR~~ [and that the actual damages be doubled to $2,003,900];

2. Costs in the amount of $297.50;

3. Attorneys fees in the amount of $21,965.322; and

4. Interest on the actual damages at the prejudgment interest rate of 12% per annum from December 4, 2001 to June 10, 2003 of $180,621.00;

~~[For a total judgment, with treble damages, of $3,312,233.82, with interest as provided by law.]~~
~~OR~~

[For a total judgment, with double damages, of **$2,219,783.82,** with interest as provided by law.]
~~OR~~

~~[For a total judgment of $1,206,333.82, with interest as provided by law.]~~


Dated: ~~June~~ July 8, 2003

By the Court,

*[signature]*
Deputy Clerk